| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mullins, Coleman R. | U.S. Bankruptcy Court N.D. Georgia | 5/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Court Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Room 1270
Atlanta, Georgia 30303

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director-Emeritus | St. Jude's Recovery Center, Inc.(non-profit social service agency) |
| 2. | Member Board of Directors | American Bankruptcy Law Institute |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mullins, Coleman R. | 5/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Verizon Wireless Corporation (spouse's employment) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CPK Moot Court Competition--South Florida Bankruptcy Bar Association | February 20-21, 2015 | Miami, FL | Judging 11th Circuit Law School Moot Court rounds | transportation, lodging and food |
| 2. | National Conference of Bankruptcy Judges | April 13-14, 2015 | San Antonio, TX | Mid-Year Meeting of Board of Governors and Executive Committtee | transportation, lodging and food |
| 3. | American Bankruptcy Institute | April 15-19, 2015 | Washington, D.C. | Board of Directors Meeting and Annual Conference | transportation, lodging and food |
| 4. | Bankruptcy Bar of South Florida | May 7-9, 2015 | Bonita Springs, FL | Group leader for Annual CLE Seminar | transportation, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mullins, Coleman R.** | 5/11/2016 |

| | | | | |
|---|---|---|---|---|
| 5. | Turnaround Management Association | May 28-30, 2015 | Palm Coast, FL | Panelist for TMA Southeast Conference | transportation, lodging and food |
| 6. | American Bankruptcy Institute | July 23-25, 2015 | Amelia Island, FL | Panelist for Southeastern Bankruptcy Workshop | transportation, lodging and food |
| 7. | National Conference of Bankruptcy Judges | September 28-30, 2015 | Miami, FL | Annual Meeting and Panelist for CLE program | transportation lodging and food |
| 8. | American Bankruptcy Institute | October 27-28, 2015 | Chicageo, IL | Speaker-ABI Professional Development Program | transportation, lodging and food |
| 9. | American Bankruptcy Institute | December 3-5, 2015 | Phoenix, AZ | Board of Directors Meeting and Panelist-Annual Leeadership Conference | transportation, lodging and food |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mullins, Coleman R.** | 5/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute | Waiver of fee for seminar and meals | $700.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mullins, Coleman R. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (money market account) | A | Interest | O | T | | | | | |
| 2. Bank of America-IRA | A | Interest | K | T | | | | | |
| 3. Fidelity Asset Manager-IRA | C | Dividend | L | T | | | | | |
| 4. Fidelty Low-Priced Stock-IRA | C | Dividend | M | T | | | | | |
| 5. | | | | | | | | | |
| 6. First Energy Corporation | A | Dividend | J | T | | | | | |
| 7. Bank of America-CDs | A | Interest | N | T | | | | | |
| 8. Associated & Federal Employees Credit Union | A | Interest | J | T | | | | | |
| 9. Fidelity (for Verizon Wireless) | A | Interest | M | T | | | | | |
| 10. Suntrust Bank | A | Interest | N | T | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mullins, Coleman R. | 5/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Coleman R. Mullins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544